STATE v. SANDERS

No. 623P85.

Case below: 76 N.C. App. 683.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 December 1985.

STATE v. SAUNDERS

No. 645P85.

Case below: 76 N.C. App. 683.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 December 1985.

STATE v. STALLINGS

No. 652A85.

Case below: 77 N.C. App. 375.

Petition by defendant for discretionary review under G.S. 7A-31 denied as to additional issues 10 December 1985.

STATE v. WHITE

No. 693P85.

Case below: 77 N.C. App. 45.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 10 December 1985.

STATE v. WRIGHT

No. 642P85.

Case below: 76 N.C. App. 683.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 December 1985. Defendant's notice of appeal under G.S. 7A-30 dismissed 10 December 1985.